# EXHIBIT C

**CLAIM CHART SHOWING EXEMPLARY ARLO PRODUCTS
INFRINGE REPRESENTATIVE CLAIM 19 OF THE '207 PATENT**

Each and every element of exemplary claim 19 of the '207 Patent set forth below is made and used by Defendant and, separately, by end users of the Exemplary Arlo Products.  With respect to end users, Defendant intentionally instructs, and specifically intends to cause, end users of the Exemplary Arlo Products (together with Defendant's mobile application) to infringe the asserted claims.

This chart details Defendant's direct and indirect infringement of the '207 Patent involving each and every one of Defendant's security products that include a camera, a motion detection mechanism, and a wireless transmitter, including but not limited to Defendant's wired and wireless, indoor and outdoor, security and doorbell cameras (each an "Exemplary Arlo Product").  Each Exemplary Arlo Product contains the same components, operates the same, and shares the same functionality for purposes of infringement.  For that reason, SOTAT identifies Defendant's Essential Video Doorbell as exemplary of all Exemplary Arlo Products.

Where one or more infringing components or functions are identified in this chart by reference to a document pertaining to the Essential Video Doorbell, it is asserted that each of the Exemplary Arlo Products shares the same component, feature, and/or functionality as the Essential Video Doorbell.  This is true for all such elements of all asserted claims of the '207 Patent.  Conversely, where one or more infringing components or functions are identified in this chart by reference to a document pertaining to an Exemplary Arlo Product other than the Essential Video Doorbell, it is asserted that the Essential Video Doorbell shares the same component, feature, and/or functionality as the Exemplary Arlo Product to which the cited document pertains.  This is true for all such elements of all asserted claims of the '207 Patent.  As described here, the Essential Video Doorbell may be referred to as the "Security Camera."

1

| '207 PATENT – CLAIM 19 | |
|---|---|
| A mobile surveillance system, comprising: | Defendant and Defendant's end users construct a mobile surveillance system using, for example, Defendant's Essential Video Doorbell (the "Security Camera") (or any other Exemplary Arlo Product), the Arlo Secure App operable on a mobile device (the "Security App"), and a network router.  These components, taken together, are a mobile surveillance system.<br><br><br><br>*See* https://www.arlo.com/en-us/doorbell/video/arlo-wired-video-doorbell.html (depicting surveillance camera positioned at surveillance area) ("Receive instant alerts on your phone when motion is detected by the Wired Video Doorbell."). |

2



*See id.* (depicting mobile device receiving surveillance data from Security Camera using Security App).

| | |
|---|---|
| a mobile device configured to communicate with at least one camera positioned at a surveillance area wherein the at least one camera captures surveillance data of the surveillance area; and | All Exemplary Arlo Products, including the Security Camera, include a camera for capturing surveillance data at a surveillance area, the camera configured to communicate with a mobile device.  |

3

| | |
|---|---|
| | *See* https://www.youtube.com/watch?v=BsGY827u41c (depicting camera positioned at a surveillance area capturing surveillance data, and mobile device in communication with camera receiving surveillance data).<br><br><br><br>*See id.* (depicting mobile device in communication with camera and receiving surveillance data captured by camera). |
| the mobile device is configured to control activation of the mobile surveillance system, and control start and stop of the capture of the surveillance data, and transfer of the surveillance data, wherein, the surveillance data is wirelessly communicated directly from a transmitter linked to the camera to the mobile device; and | The Security App installed at the mobile device configures the mobile device to control activation of the surveillance system (e.g., installing and configuring the Exemplary Arlo Product for initial use), the start and stop of the capture of surveillance data, and the wireless transfer of surveillance data to the mobile device. |

4



*See* https://www.youtube.com/watch?v=wAkdQuYJzXk (depicting use of Security App installed at mobile device for configuring activation of Security Camera).



*See* https://www.youtube.com/watch?v=sXpvHNKTppE (using the Security App to control start and stop of capturing surveillance data and the transfer of surveillance data) ("With the custom activity zone feature, you can create personalized activity zones and now only receive notifications for the activity that happens within the zone . . . .").

**To turn a camera off in the Arlo Secure App:**

For the Arlo Secure App experience with **Feed:**

1. Launch the Arlo Secure App.
2. Tap **Devices.**
3. Select your camera.
4. Tap ⚙.
5. Tap the **Device On** switch to move the switch to the off position.

| | |
|---|---|
| | *See* https://kb.arlo.com/1085092/How-do-I-turn-my-Arlo-camera-on-or-off (providing instructions for toggling Security Camera on and off using the Security App installed at the mobile device).<br><br><br><br>*See* https://www.youtube.com/watch?v=BsGY827u41c (depicting surveillance data being wirelessly communicated directly from a transmitter linked to the Security Camera to the mobile device). |
| the mobile device is further configured to activate upon detection of motion at the surveillance area, | The Security Camera (or other Exemplary Arlo Product) sends a push notification to the mobile device upon detection of motion at a surveillance area.  Receipt of the notification causes the mobile device to activate (e.g., display the notification or emit a sound or haptic feedback). |



See https://www.arlo.com/en-us/doorbell/video/arlo-wired-video-doorbell.html ("Receive instant alerts on your phone when motion is detected by the Wired Video Doorbell.").



*See* https://www.youtube.com/watch?v=BsGY827u41c (depicting a mobile device activating in response to motion detected at the Security Camera).



*See* https://www.youtube.com/watch?v=sXpvHNKTppE (depicting mobile device before Security Camera detects motion at surveillance area).

9



*See id.* (depicting activation of mobile device upon Security Camera's detection of motion at surveillance area) ("Motion Alert").

| | |
|---|---|
| wherein the detection of motion detects variations in motion measurements at the surveillance area; and | All Exemplary Arlo Products, including the Security Camera, include a motion detector for detecting variations in motion measurements at a surveillance area. |





*See* https://www.arlo.com/en-us/doorbell/video/arlo-wired-video-doorbell.html (explaining that the Security Camera detects variations in motion measurements ("Receive instant alerts on your phone when motion is detected by the Wired Video Doorbell.").

## How does the motion detection feature work on my Arlo cameras?

All Arlo cameras can detect motion. However, the motion detection feature works differently, depending on which camera you have.

**Arlo wire-free cameras and Video Doorbell**

Arlo Ultra, Pro 3, Pro 3 Floodlight Camera, Essential wire-free, Video Doorbell, Pro 2, Pro, Go, and Wire-Free trigger when the infrared technology detects an object that is warmer than the surrounding environment. The motion sensor is more sensitive to side-to-side movement across its field of view than to movement directly toward or away from the camera. The motion sensitivity settings range from one (low sensitivity) to 100 (high sensitivity).

*See* https://www.arlo.com/en_gb/support/faq/583/How-does-the-motion-detection-feature-work-on-my-Arlo-cameras (explaining motion detection functionality and degrees of sensitivity for Arlo's video doorbell and wire-free camera products).

11

| | |
|---|---|
| wherein mobile device activates when the motion measurements exceeds a determined threshold. | The motion detection sensors of the Security Camera (or any other Exemplary Arlo Product) detect motion that exceeds a threshold (e.g., zero motion), triggering an alert and/or push notification to the mobile device (i.e., the mobile device activates when the notification is displayed at the mobile device and/or the mobile device emits a sound and/or haptic feedback).<br><br><br><br>*See* https://www.youtube.com/watch?v=sXpvHNKTppE (depicting activation of mobile device (e.g., displaying a notification) in response to Security Camera's detection of motion at surveillance area exceeding a determined threshold (e.g., zero motion or exceeding a threshold sensitivity) ("Motion Alert"). |