# EXHIBIT D

**CLAIM CHART SHOWING EXEMPLARY ARLO PRODUCTS**
**INFRINGE REPRESENTATIVE CLAIM 10 OF THE '809 PATENT**

Each and every element of exemplary claim 10 of the '809 Patent set forth below is performed by Defendant and/or the Exemplary Arlo Products, as well as end users of the Exemplary Arlo Products.  With respect to end users, Defendant intentionally instructs, and specifically intends to cause, end users of the Exemplary Arlo Products (together with Defendant's mobile application) to infringe the asserted claims.

This chart details Defendant's direct and indirect infringement of the '809 Patent involving each and every one of Defendant's products that include a camera, a motion detection mechanism, and a wireless transmitter, including but not limited to Defendant's wired and wireless, indoor and outdoor, security and doorbell cameras (each an "Exemplary Arlo Product").  Each Exemplary Arlo Product contains the same components, operates the same, and shares the same functionality for purposes of infringement.  For that reason, SOTAT identifies Defendant's Essential Video Doorbell as exemplary of all Exemplary Arlo Products.

Where one or more infringing components or functions are identified in this chart by reference to a document pertaining to the Essential Video Doorbell, it is asserted that each of the Exemplary Arlo Products shares the same component, feature, and/or functionality as the Essential Video Doorbell.  This is true for all such elements of all asserted claims of the '809 Patent.  Conversely, where one or more infringing components or functions are identified in this chart by reference to a document pertaining to an Exemplary Arlo Product other than the Essential Video Doorbell, it is asserted that the Essential Video Doorbell shares the same component, feature, and/or functionality as the Exemplary Arlo Product to which the cited document pertains.  This is true for all such elements of all asserted claims of the '809 Patent.  As described here, the Essential Video Doorbell may be referred to as the "Security Camera."

1

| **'809 PATENT – CLAIM 10** | |
|---|---|
| A method for conducting surveillance comprising: | Defendant, Defendant's Accused Products, and Defendant's end users (at Defendant's instruction) perform a method for conducting surveillance using, for example, Defendant's Essential Video Doorbell (the "Security Camera") (or any other Exemplary Arlo Product), the Arlo Secure App operable on a mobile device (the "Security App"), and a network router.  These components, taken together, are a mobile surveillance system. <br><br> <br><br> *See* https://www.arlo.com/en-us/doorbell/video/arlo-wired-video-doorbell.html (depicting surveillance camera positioned at surveillance area) ("Receive instant alerts on your phone when motion is detected by the Wired Video Doorbell."). |

| | |
|---|---|
| | *See id.* (depicting mobile device receiving surveillance data from Security Camera using Security App). |
| receiving an instruction from a mobile device to control start and stop of capture of surveillance data at a surveillance area; | All Exemplary Arlo Products, including the Security Camera, receive instructions from the Security App installed at a mobile device to control start and stop of capture of surveillance data at a surveillance area (e.g., installing and configuring the Security Camera (or any other Exemplary Arlo Product) for initial use, and/or controlling when the Security Camera records video or audio and/or transmits notifications). |

3



*See* https://www.youtube.com/watch?v=wAkdQuYJzXk (depicting use of Security App installed at mobile device for configuring activation of Security Camera).

4



*See* https://www.youtube.com/watch?v=sXpvHNKTppE (using the Security App to control start and stop of capturing surveillance data and the transfer of surveillance data) ("With the custom activity zone feature, you can create personalized activity zones and now only receive notifications for the activity that happens within the zone . . . .").

**To turn a camera off in the Arlo Secure App:**

For the Arlo Secure App experience with **Feed:**

1. Launch the Arlo Secure App.
2. Tap **Devices.**
3. Select your camera.
4. Tap ⚙.
5. Tap the **Device On** switch to move the switch to the off position.

5

| | |
|---|---|
| | *See* https://kb.arlo.com/1085092/How-do-I-turn-my-Arlo-camera-on-or-off (providing instructions for toggling Security Camera on and off using the Security App installed at the mobile device). |
| capturing the surveillance data by a camera at the surveillance area, wherein the camera is operably engaged to a motion detection mechanism for detecting variations in motion measurements at the surveillance area; and | All Exemplary Arlo Products, including the Security Camera, include a camera for capturing surveillance data at a surveillance area.  *See* https://www.youtube.com/watch?v=BsGY827u41c (depicting the Security Camera positioned at a surveillance area). |



*See id.* (the Security Camera includes a motion detection mechanism that detects variations in motion at the surveillance area).



| | |
|---|---|
| | *See id.* (the Security Camera captures surveillance data (e.g., video) at the surveillance area).<br><br>**How does the motion detection feature work on my Arlo cameras?**<br><br>All Arlo cameras can detect motion. However, the motion detection feature works differently, depending on which camera you have.<br><br>**Arlo wire-free cameras and Video Doorbell**<br><br>Arlo Ultra, Pro 3, Pro 3 Floodlight Camera, Essential wire-free, Video Doorbell, Pro 2, Pro, Go, and Wire-Free trigger when the infrared technology detects an object that is warmer than the surrounding environment. The motion sensor is more sensitive to side-to-side movement across its field of view than to movement directly toward or away from the camera. The motion sensitivity settings range from one (low sensitivity) to 100 (high sensitivity).<br><br>*See* https://www.arlo.com/en_gb/support/faq/583/How-does-the-motion-detection-feature-work-on-my-Arlo-cameras (explaining motion detection functionality and degrees of sensitivity for Arlo's video doorbell and wire-free camera products). |
| transferring said surveillance data to the mobile device when the motion detection mechanism obtains a motion detection measurement that exceeds a predetermined threshold indicating the surveillance area is unsecure, | All Exemplary Arlo Products, including the Security Camera, send surveillance data (e.g., a push notification, video, and/or audio) to the Security App installed at the mobile device when the Exemplary Arlo Product's motion detection mechanism detects a motion measurement exceeding a predetermined threshold (e.g., zero motion) indicating the surveillance area is unsecure. |

8



**Rest easy with reliable security at your front door.**

Stay connected to your home from anywhere with live video and audio.

Receive instant alerts on your phone when motion is detected by the Wired Video Doorbell.

See more at your front door with a wider field of view.

Connects to existing doorbell wiring for continuous power.[1]

Works with Amazon Alexa and Google Assistant.




*See* https://www.arlo.com/en-us/doorbell/video/arlo-wired-video-doorbell.html ("Receive instant alerts on your phone when motion is detected by the Wired Video Doorbell.").



9

|  | *See* https://www.youtube.com/watch?v=sXpvHNKTppE (depicting transmission of surveillance data from the Security Camera to the mobile device upon detection of motion exceeding a predetermined threshold) ("Motion Alert").<br><br><br><br>*See id.* (depicting surveillance data transferred from the Security Camera to the Security App installed at the mobile device when the Security Camera detect motion exceeding a predetermined threshold indicating the surveillance area is unsecure). |
| wherein the mobile device displays a datebook comprising days of the week and times of day that can be synchronized with an application of the user device to schedule the transferring of surveillance data. | The Security App installed at the mobile device causes the mobile device to display a datebook including days of the week and times of day that can be synchronized with an application of the device to schedule the transfer of surveillance data. |



*See* https://kb.arlo.com/1178858/How-can-I-receive-fewer-Arlo-notifications (scheduling transfer of surveillance data using a datebook having days of week and times of day) ("You can set a schedule to activate and deactivate cameras automatically").

11

| | |
|---|---|
| | *See* https://www.youtube.com/watch?v=XzVWO72NZOo (mobile device displaying days of week and times of day that are selectable to schedule the transferring of surveillance data). |