# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOTAT, LLC, a Florida limited liability company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Arlo Technologies, Inc., a Delaware corporation, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:24-cv-00521-GBW <br><br> **Patent Case** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Comes Now SOTAT, LLC, Plaintiff herein, and files this, its Notice of Readiness for Scheduling Conference.

Plaintiff writes to advise the Court that the above-captioned matter is ready for a Rule 16 scheduling conference. Defendant's answer (D.I. 9) has been docketed and no motions are pending. Plaintiff sent Defendant a proposed scheduling order on January 20, 2026, and Plaintiff is awaiting Defendant's response so that a Rule 26 meet-and-confer can be scheduled.

Dated:  February 20, 2026         */s/ Richard C. Weinblatt*
　　　　　　　　　　　　　　　　　Richard C. Weinblatt (#5080)
　　　　　　　　　　　　　　　　　weinblatt@swdelaw.com
　　　　　　　　　　　　　　　　　STAMOULIS & WEINBLATT LLC
　　　　　　　　　　　　　　　　　800 N. West Street, Third Floor
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Telephone: 302-999-1540

　　　　　　　　　　　　　　　　　Benjamin D. Bailey (*pro hac vice*)
　　　　　　　　　　　　　　　　　ben@cmblaw.com
　　　　　　　　　　　　　　　　　CLAYTON, MCKAY & BAILEY, PC
　　　　　　　　　　　　　　　　　800 Battery Ave., SE, Suite 100
　　　　　　　　　　　　　　　　　Atlanta, GA 30339
　　　　　　　　　　　　　　　　　Telephone: 678-667-1388
　　　　　　　　　　　　　　　　　Fax: 404-704-0670

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff SOTAT, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                                                */s/ Richard C. Weinblatt*
                                                                Richard C. Weinblatt